| | |
|---|---|
| 1 | LAW OFFICE OF DANIEL MARKS |
|   | DANIEL MARKS, ESQ. |
| 2 | Nevada State Bar No. 002003 |
|   | ADAM LEVINE, ESQ. |
| 3 | Nevada State Bar No. 004673 |
|   | 610 South Ninth Street |
| 4 | Las Vegas, Nevada 89101 |
|   | (702) 386-0536: FAX (702) 386-6812 |
| 5 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

WILMER GUEVARA,   Case No.: 2:15-cv-00008-APG-PAL

    Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT,

    Defendant.
_____/

**STIPULATION TO EXTEND THE FILING OF THE JOINT PRE-TRIAL ORDER (Second Request)**

COMES NOW the Plaintiff and the Defendant through their respective undersigned counsel who agree and stipulate that the scheduled date of the filing of the Joint Pre-Trial Memo, currently due on Monday, May 10, 2017 be extended thirty-two (32) days up to and including **Monday, June 12, 2017** (as the 30th day falls on a Saturday).

///

///

///

///

///

1

This request for extension is made in good faith and not for the purposes of delay. Plaintiff's counsel, the Law Office of Daniel Marks represents SEIU Local 1107. On or about April 28, 2017 the SEIU International Union removed all of the Officers and Directors of Local 1107 and placed the union into Trusteeship. In addition to all of the other grievance and arbitration deadlines, Plaintiff's counsel has been preoccupied with the transition/trusteeship process – including having to investigate and prepare multiple Position Statements in connection with charges filed with the National Labor Relations Board. This is the second request for an extension of this deadline.

DATED this 10th day of May, 2017.　　　　DATED this 10th day of May, 2017.

LAW OFFICE OF DANIEL MARKS　　　　MARQUIS AURBACH COFFING

 /s/ Daniel Marks, Esq.　　　　　　　　　　 /s/ Nicholas D. Crosby, Esq.　　　　.
DANIEL MARKS, ESQ.　　　　　　　　　NICHOLAS D. CROSBY, ESQ.
Nevada State Bar No. 002003　　　　　　　Nevada State Bar No. 008996
ADAM LEVINE, ESQ.　　　　　　　　　　10001 Park Run Drive
Nevada State Bar No. 004673　　　　　　　Las Vegas, Nevada 89145
610 South Ninth Street　　　　　　　　　　*Attorney for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 17th day of May, 2017.